IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Williamsport)

| | |
|---|---|
| IN RE:<br>FRED WAYNE SHEATLER, II<br>AKA FRED W SHEATLER, II<br>AKA FRED SHEATLER<br>TEMMY A SHEATLER<br>    Debtors | Case No. 4:19-bk-02346-HWV |
| FREEDOM MORTGAGE CORPORATION<br>    Movant | Chapter 13 |
| vs.<br>FRED WAYNE SHEATLER, II<br>AKA FRED W SHEATLER, II<br>AKA FRED SHEATLER<br>TEMMY A SHEATLER<br>    Respondents | 11 U.S.C. §362 |

**NOTICE**

Notice is hereby given that:

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>The hearing will be held remotely, see the<br>Remote Appearance Guide on the web site –<br>www.pamb.uscourts.gov | Date: 08/20/2021<br><br>Time: 10:00 am |

Any objection/response to the above-referenced matter must be filed and served on or before 07/28/2021.

If service was properly made and Respondents fail to file an objection/response by the above-specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

                                              **Brock and Scott PLLC**

July 14, 2021

                                              */s/ Mario Hanyon*
                                              Mario Hanyon
                                              (Bar No. 203993)
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC

302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com