IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CHAPTER 13
FRED WAYNE SHEATLER, II :
TEMMY A. SHEATLER : CASE NO. 4-19-02346-MJC
Debtors :

## ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that Lisa A. Rynard, Esquire, enters her appearance in the above captioned Chapter 13 bankruptcy proceeding as Co-Counsel for the Debtors, and pursuant to Bankruptcy Rules 2002 and 9007, respectfully requests that all notices given or required to be given in this case by the Court, the United States Trustee, all Creditors, and/or any other party in interest in this case be given at the address and to the person s and telephone number set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, statement of affairs, operating reports, whether formal or informal written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

    Respectfully submitted,

LAW OFFICE OF LISA A. RYNARD

/s/ Lisa A. Rynard
Lisa A. Rynard, Esquire
240 Broad Street
Montoursville, PA 17754
(570) 505-3289
larynard@larynardlaw.com

Dated: March 28, 2023