United States Bankruptcy Court
Middle District of Pennsylvania

In re:

Fred Wayne Sheatler, II

Temmy A Sheatler
    Debtors

Case No. 19-02346-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Fred Wayne Sheatler, II, Temmy A Sheatler, 39 Lehman Road, Allenwood, PA 17810-9300 |
| 5205089 | + | BB&T, 1949 E 3RD STREET, Williamsport, PA 17701-3901 |
| 5205105 | | PSECU, PO BOX 67012, Harrisburg, PA 17106-7012 |
| 5205160 | + | RHEAM LAW, P.C., 533 NORTH DERR DRIVE, LEWISBURG, PA 17837-1001 |
| 5205109 | | TEAMSTERS CAPITAL ONE, PO BOX 71087, Charlotte, NC 28272-1087 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Jul 01 2024 22:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5205085 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 01 2024 18:54:40 | AFFIRM, PO BOX 720, San Francisco, CA 94104-0720 |
| 5205086 | | Email/Text: bncnotifications@pheaa.org | Jul 01 2024 18:45:00 | AMERICAN EDUCATION SERVICES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 5205087 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2024 18:54:16 | AMERICAN EXPRESS, PO BOX 650448, Dallas, TX 75265-0448 |
| 5218626 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2024 18:55:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5205088 | | EDI: BANKAMER | Jul 01 2024 22:42:00 | BANK OF AMERICA, PO BOX 15019, Wilmington, DE 19886-5019 |
| 5225445 | + | EDI: BANKAMER2 | Jul 01 2024 22:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5205090 | | EDI: CAPITALONE.COM | Jul 01 2024 22:42:00 | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 5205092 | | EDI: CITICORP | Jul 01 2024 22:42:00 | CITI DIAMOND PREFERRED, PO BOX 9001037, Louisville, KY 40290-1037 |
| 5205093 | | EDI: CITICORP | Jul 01 2024 22:42:00 | CITI SIMPLICITY, PO BOX 9001037, Louisville, KY 40290-1037 |
| 5205094 | | EDI: CITICORP | Jul 01 2024 22:42:00 | CITI/SEARS, PO BOX 9001055, Louisville, KY 40290-1055 |
| 5205095 | | EDI: CITICORP | Jul 01 2024 22:42:00 | CITIBANK/STAPLES, PO BOX 78014, Phoenix, AZ 85062-8014 |
| 5220697 | | EDI: CAPITALONE.COM | Jul 01 2024 22:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5232896 | + | EDI: CITICORP | | |

| ID | Method | Timestamp | Recipient |
|---|---|---|---|
| | | Jul 01 2024 22:42:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5205096 | Email/PDF: DellBKNotifications@resurgent.com | Jul 01 2024 18:54:10 | DELL PREFERRED ACCOUNT, PO BOX 81585, Austin, TX 78708-1585 |
| 5214362 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2024 18:54:41 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5205097 | + EDI: DISCOVER | Jul 01 2024 22:42:00 | DISCOVER, PO BOX 6103, Carol Stream, IL 60197-6103 |
| 5209681 | EDI: DISCOVER | Jul 01 2024 22:42:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 5295349 | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2024 18:45:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5295350 | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2024 18:45:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5205098 | Email/Text: Bankruptcy@Freedommortgage.com | Jul 01 2024 18:45:00 | FREEDOM MORTGAGE, PO BOX 50485, Indianapolis, IN 46250-0485 |
| 5232906 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 01 2024 18:45:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5205099 | EDI: WFNNB.COM | Jul 01 2024 22:42:00 | GANDER MTN/COMENITY BANK, PO BOX 659569, San Antonio, TX 78265 |
| 5205091 | EDI: JPMORGANCHASE | Jul 01 2024 22:42:00 | CHASE SLATE, PO BOX 1423, Charlotte, NC 28201-1423 |
| 5212387 | + Email/Text: RASEBN@raslg.com | Jul 01 2024 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5215238 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 01 2024 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5205100 | Email/Text: customerservice.us@klarna.com | Jul 01 2024 18:45:00 | KLARNA, INC, PO BOX 206487, Dallas, TX 75320-6487 |
| 5205102 | EDI: SYNC | Jul 01 2024 22:42:00 | LOWE'S/SYNCHRONY BANK, PO BOX 530914, Atlanta, GA 30353-0914 |
| 5205101 | EDI: SYNC | Jul 01 2024 22:42:00 | LOWE'S/SYNCHRONY BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 965060, Orlando, FL 32896-5060 |
| 5231653 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2024 18:54:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5205103 | Email/Text: electronicbkydocs@nelnet.net | Jul 01 2024 18:45:00 | NELNET, ATTN: CLAIMS, PO BOX 82505, Lincoln, NE 68501-2505 |
| 5205104 | + EDI: SYNC | Jul 01 2024 22:42:00 | PAYPAL, PO BOX 5018, TIMONIUM, MD 21094-5018 |
| 5217550 | + Email/Text: bncnotifications@pheaa.org | Jul 01 2024 18:45:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5232922 | EDI: PRA.COM | Jul 01 2024 22:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5221339 | Email/Text: bankruptcynotices@psecu.com | Jul 01 2024 18:45:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5231065 | EDI: Q3G.COM | Jul 01 2024 22:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| 5205106 | EDI: SYNC | | |
| | | Jul 01 2024 22:42:00 | SAM'S CLUB MC/SYNCB, PO BOX 960013, Orlando, FL 32896-0013 |
| 5205107 | Email/Text: bankruptcy@bbandt.com | | |
| | | Jul 01 2024 18:45:00 | SHEFFIELD FINANCIAL, PO BOX 580229, Charlotte, NC 28258-0229 |
| 5258836 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 01 2024 18:54:17 | SHERMAN ORIGINATOR III, LLC, c/o RESURGENT CAPITAL, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5205108 | EDI: SYNC | | |
| | | Jul 01 2024 22:42:00 | SYNCHRONY BANK/SAMS CLUB, PO BOX 960013, Orlando, FL 32896-0013 |
| 5207789 | Email/Text: bankruptcy@bbandt.com | | |
| | | Jul 01 2024 18:45:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 5206262 | ^ MEBN | | |
| | | Jul 01 2024 18:42:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5210070 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jul 01 2024 18:45:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 5231251 | EDI: AIS.COM | | |
| | | Jul 01 2024 22:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel J. Rheam | |
| | on behalf of Debtor 1 Fred Wayne Sheatler II court@rheamlaw.com |
| Daniel J. Rheam | |
| | on behalf of Debtor 2 Temmy A Sheatler court@rheamlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |

Lisa A Rynard
 on behalf of Debtor 2 Temmy A Sheatler larynard@larynardlaw.com

Lisa A Rynard
 on behalf of Debtor 1 Fred Wayne Sheatler II larynard@larynardlaw.com

Mario J. Hanyon
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
 mario.hanyon@brockandscott.com

Thomas Song
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

**Information to identify the case:**

| Debtor 1 | Fred Wayne Sheatler II | | Social Security number or ITIN | xxx–xx–0154 |
| | First Name   Middle Name   Last Name | | EIN   __–_____ | |
| Debtor 2 (Spouse, if filing) | Temmy A Sheatler | | Social Security number or ITIN | xxx–xx–5234 |
| | First Name   Middle Name   Last Name | | EIN   __–_____ | |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   4:19–bk–02346–MJC

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Fred Wayne Sheatler II
aka Fred W Sheatler II, aka Fred Sheatler

Temmy A Sheatler

**By the court:**

7/1/24

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**